532

962 A.2d 631

COMMONWEALTH of Pennsylvania, Appellee

v.

Jerry MARSHALL, Jr., Appellant.

Supreme Court of Pennsylvania.

Jan. 21, 2009.

David Lee Zuckerman, Esq., Defender Association of Philadelphia, Philadelphia, for Jerry J. Marshall, Jr.

Hugh J. Burns, Esq., Amy Zapp, Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 21st day of January, 2009, the order of the PCRA court is hereby affirmed. *See Commonwealth v. Fahy*, 598 Pa. 584, 959 A.2d 312 (2008) and *Commonwealth v. Marshall*, 596 Pa. 587, 947 A.2d 714 (2008).